**Richard L. BASNETT, Barbara L. Basnett, and Danieal H. Miller, d/b/a DiDan Properties, LLC, Appellants,**

v.

**COLUMBIA MUTUAL INSURANCE COMPANY and Central Trust Bank, Defendants,**

and

**Naught Naught Insurance Agency, Inc., Respondent.**

**No. WD 65977.**

Missouri Court of Appeals,
Western District.

Aug. 1, 2006.

Daniel Howard Miller, Columbia, for appellant.

Mark Gilmer Rhodes Warren, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Richard L. Basnett, Barbara L. Basnett, and Danieal H. Miller, doing business as Di–Dan Properties, LLC, appeal the circuit court's judgment dismissing their petition for failing to state a claim against Naught Naught Insurance Agency, Inc. We affirm. Rule 84.16(b).